OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS

PENALTY FOR
PRIVATE USE

9/2/2015

**JERNIGAN, GARY DEWAYNE** Tr. Ct. No. 8112-B **WR-52,610-04**

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

U.S.POSTAGE ≫ PITNEY BOWES

GARY DEWAYNE JERNIGAN SR.
ESTELLE UNIT - TDC #639024
264 FM 3478
HUNTSVILLE, TX 77320-3322

WTF

D,SS
12/2/14

UTF